IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ALLEN DARBY,<br><br>    Petitioner,<br><br>  v.<br><br>K. ALLISON, Warden,<br><br>    Respondent.              / | No. C 11-0582 CW (PR)<br><br>ORDER GRANTING MOTION TO STAY HABEAS PROCEEDINGS; DIRECTING PETITIONER TO FILE QUARTERLY STATUS REPORTS; DIRECTING CLERK TO ADMINISTRATIVELY CLOSE CASE<br><br>(Docket no. 11) |

    Petitioner, a state prisoner, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, raising four claims. The Court ordered Respondent to show cause why the petition should not be granted; Respondent filed a motion to dismiss the petition for failure to exhaust state court remedies.

    In an Order dated March 16, 2012, the Court granted the motion to dismiss, finding the petition contains one exhausted and three unexhausted claims. Docket no. 10. Consequently, the Court directed Petitioner to choose one of the following options: (1) amend his petition by deleting his unexhausted claims and proceeding only with his exhausted claim, or (2) request a stay of his petition while he exhausts his unexhausted claims in state court. Id. at 8:19-22.

    Now pending before the Court is Petitioner's motion to stay the petition while he returns to state court to exhaust the unexhausted claims. Docket no. 11.[1]

//

---

[1] The motion is captioned as "Petitioner's Request for Leave to Amend," but the contents state clearly that Petitioner is seeking leave to stay the petition.

Petitioner's motion is GRANTED.  These proceedings are hereby STAYED pending exhaustion of state judicial remedies with respect to all claims Petitioner intends to raise in federal court.

Petitioner must act diligently in exhausting his state judicial remedies and must keep the Court informed of the status of his state court proceedings.  Specifically, he must file quarterly reports describing the progress of his state court proceedings, commencing <u>thirty days</u> from the date of this Order and continuing every <u>ninety days</u> thereafter, until his state court proceedings are terminated.  He also must include with his status reports a copy of the cover page of any document that he has filed with, or received from, the state courts concerning his state court proceedings.

The Clerk of the Court shall ADMINISTRATIVELY CLOSE the file pending the stay of this action.  Nothing further will take place in this action until Petitioner receives a final decision from the highest state court and, within <u>thirty days</u> of doing so, moves to reopen the action, lift the Court's stay and amend the stayed petition to add the newly-exhausted claims.

This Order terminates Docket no. 11.

IT IS SO ORDERED.

Dated: 5/2/2012

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

2