IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS ALLEN DARBY,**<br><br>　　　　　　　　　　　　Petitioner,<br><br>　　　v.<br><br>**K. ALLISON, Warden,**<br><br>　　　　　　　　　　　　Respondent. | Case No. C 11-00582 CW (PR)<br><br>**ORDER** |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until November 22, 2013 to file an answer to the petition for writ of habeas corpus. Petitioner may file a traverse within 30 days of his receipt of the answer.

Dated: 9/17/2013

The Honorable Claudia Wilken

1

[Proposed] Order – *Darby v. Allison* (C 11-00582 CW (PR))